

# NUMBER 13-18-00372-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE BROOKFIELD INFRASTRUCTURE GROUP, LLC

## On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Longoria
### Memorandum Opinion by Justice Longoria[1]

Relator Brookfield Infrastructure Group, LLC (Brookfield) has filed an unopposed motion to reinstate and dismiss this original proceeding. According to its motion, the parties have settled the underlying dispute and the trial court has entered an agreed final judgment in accordance with that settlement. Brookfield requests that we reinstate and dismiss this petition for writ of mandamus with each party to bear its own costs.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *see id.* R. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered Brookfield's unopposed motion to reinstate and dismiss, is of the opinion that it should be granted. Accordingly, we reinstate this original proceeding. We lift the stay that we previously imposed in this case. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We dismiss this original proceeding. Each party shall bear its own costs. *See id.* R. 42.1(a)(1).

NORA L. LONGORIA
Justice

Delivered and filed the
3rd day of August, 2018.